**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Herman Sanders v. Naes Central, Inc. d/b/a Amtech Elevator Services

Appellate case number:   01-14-00958-CV

Trial court case number: 2012-41207

Trial court:             190th District Court of Harris County

Date motion filed:       06/30/16

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Sherry Radack
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Massengale


Date: 7/28/16